FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 09-1005 VBF-31 |
|---|---|---|
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| v. | ) | |
| Michael Christopher Grier | ) | |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Fairbank].

B.

The court finds there is

(1)

    (A)  ( )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)  Clear and convincing evidence that the defendant has violated any other condition of release; and

```
 1  (2)
 2        (A)   ( )   Based on the factors set forth in 18 U.S.C. § 3142(g),
 3                    there is no condition or combination of conditions of
 4                    release that will assure that the person will not flee or
 5                    pose a danger to the safety or any other person or the
 6                    community; or
 7        (B)   (X)   The person is unlikely to abide by any condition or
 8                    combination of conditions of release.
 9                          and/or, in the event of (1)(A)
10  (3)         ( )   There is probable cause to believe that, while on
11                    release, the defendant committed a Federal, State, or
12                    local felony, and the presumption that no condition or
13                    combination of conditions will assure that the person
14                    will not pose a danger to the safety of any other person
15                    or the community has not been rebutted.
16                                        or
17  (4)         ( )   The court finds that there are conditions of release that
18                    will assure that the defendant will not flee or pose a
19                    danger to the safety of any other person or the
20                    community, and that the defendant will abide by such
21                    conditions.  See separate order setting conditions.
22              ( )   It is further ordered that this order is stayed for 72
23                    hours in order to allow the Government to seek review
24                    from the [assigned district judge] [criminal duty
25                    district judge].
26                                        or
27
28
```

C.

(X)   IT IS ORDERED defendant be detained prior to trial.

DATED: 12/3/10

_____

U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]